1038

[No. 22994-7-III.  Division Three.  March 24, 2005.]

BEST TREE SERVICE, INC., ET AL., *Appellants*, V. LEE ADAMS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-2-01288-1, Kenneth L. Jorgensen, J., entered April 22, 2004. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 52076-8-I.  Division One.  March 28, 2005.]

MANFRED DUSKE ET AL., *Appellants*, V. THE CITY OF BLACK DIAMOND ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 99-2-52150-1, Dean Scott Lum and Jay V. White, JJ., entered September 26, 2000, January 8 and 31, and July 10, 2002, and March 4 and April 18, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Becker, JJ.

[No. 52289-2-I.  Division One.  March 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, V. THOMAS J. CLARKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02089-1, Robert H. Alsdorf, J., entered April 4, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy and Agid, JJ.

[No. 53343-6-I.  Division One.  March 28, 2005.]

MARGARET ESTEVEZ, *Appellant*, V. THE FACULTY CLUB OF THE UNIVERSITY OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-16149-9, Michael J. Fox, J., entered October 10, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Agid and Appelwick, JJ. Now published at 129 Wn. App. 774.